IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY PITCHFORD**  PLAINTIFF
**ADC #153565**

v.   CASE NO. 4:23-CV-01181-BSM-PSH

**ESTELLA BLAND,** *et al.*  DEFENDANTS

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Patricia S. Harris's partial recommended disposition [Doc. No. 12] is adopted. Larry Pitchford may proceed on his claims against Estella Bland based on her treatment of his hernia from 2020 to 2022, but all other claims and defendants are dismissed without prejudice.

IT IS SO ORDERED this 22nd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE